UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICOL ARBORE,

    Plaintiff,

v.                                         Case No.:  6:22-cv-775-KCD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

Before the Court is the Commissioner's Unopposed Motion for Entry of Judgment with Remand. (Doc. 25.) The Commissioner believes that remand is appropriate to accomplish the following:

> determine the appropriate administrative action to be taken — whether favorable decision can be issued based on the evidence of record or whether further development of the record and a new Administrative Law Judge decision is necessary. If the Commissioner determines that a favorable decision cannot be issued based on the evidence of record, the Commissioner will send the case back to an Administrative Law Judge, and the Commissioner will instruct the Administrative Law Judge to provide the opportunity for a hearing; further consider the opinion evidence and prior administrative medical findings in the record pursuant to 20 CFR §§ 404.1520c and 416.920c; further consider the claimant's residual functional capacity; and issue a new decision for the period prior to July 25, 2020. On remand, the Commissioner will not alter the favorable portion of the Administrative Law Judge's decision.

(*Id.* at 1.) Plaintiff consents to the relief requested.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing. *See Shalala v.*

*Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991). The Commissioner's request for remand is appropriate, and given Plaintiff's consent, it will be granted.

Accordingly, it is now **ORDERED**:

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 25) is **GRANTED**.

2. The decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**ORDERED** in Fort Myers, Florida this January 4, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record